IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ELENA MCCLOSKEY,<br>    Plaintiff,<br><br>              v.<br><br>KIKA SCOTT, *Acting Director of U.S. Citizenship and Immigration Services*, and MICAH R. BROWN, *Director of Atlanta Field Office of U.S. Citizenship and Immigration Services; in their official capacity*,<br>    Defendants. | Civil Action No.<br>1:25-cv-01543-SDG |

## ORDER

This case is before the Court on Defendants' motion to dismiss for lack of subject matter jurisdiction [ECF 7]. Plaintiff Elena McCloskey, a citizen of Russia, filed a complaint seeking to compel action on her Form I-485 Application to Register Permanent Residence or Adjust Status.[1] Defendants are two senior officials with U.S. Citizenship and Immigration Services (USCIS), the agency in charge of adjudicating immigration applications, who are named in their official capacities.[2] Defendants filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1), on the ground that USCIS had since approved McCloskey's application,

---

[1]   ECF 1, ¶¶ 1–3.

[2]   *Id.* ¶¶ 4–5.

thereby rendering McCloskey's complaint moot.³ McCloskey did not file a response.

Because USCIS's actions in approving the application have provided McCloskey the relief she sought in her lawsuit, her complaint to compel that action is now moot. *Gray v. Sec'y for Dep't of Homeland Sec.*, 452 F. App'x 873, 875 (11th Cir. 2011) (citing *Jacksonville Prop. Rts. Ass'n, Inc. v. City of Jacksonville*, 635 F.3d 1266, 1274 (11th Cir. 2011)). Accordingly, the Court lacks jurisdiction, and this case must be dismissed. *See id.*

Defendants' motion to dismiss for lack of subject matter jurisdiction [ECF 7] is **GRANTED**, and this case is **DISMISSED**. The Clerk is **DIRECTED** to close this case.

**SO ORDERED** this 19th day of November, 2025.

Steven D. Grimberg
United States District Judge

---

³   ECF 7.